**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Stephen Jordan
                        Plaintiff,

v.                                                  Case No.: 1:11−cv−06614
                                                    Honorable Blanche M. Manning

Parts Planet LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 6, 2012:

      MINUTE entry before Honorable Jeffrey T. Gilbert: By agreement of the parties, the status hearing set for 2/9/12 at 9:45 a.m. is stricken and reset to 2/16/12 at 9:45 a.m. The parties shall deliver a copy of the joint initial status report to chambers, Room 1366, by 2/14/12. The parties are directed to review and to comply with Judge Gilbert's standing order for initial status report. Copies are available in chambers or through Judge Gilbert's web page at www.ilnd.uscourts.gov. In addition, the parties shall meet and confer pursuant to Rule 26(f) and submit a discovery plan in accordance with Rule 26(f)(3) on or before 2/14/12. The components of a discovery plan contemplated by Rule 26(f)(3) shall be incorporated into paragraph six of Magistrate Judge Gilbert's initial status report for referral cases. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.